UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at KNOXVILLE

| | |
|---|---|
| JOSHUA HACKWORTH, *individually and on behalf of all others similarly situated*, | ) ) ) |
| *Plaintiff,* | ) ) |
| v. | ) Case No. 3:21-cv-114 ) ) |
| HARRIMAN UTILITY BOARD, | ) Judge Curtis L. Collier ) Magistrate Judge Jill E. McCook ) |
| *Defendant.* | ) ) |

## ORDER APPROVING SETTLEMENT AGREEMENT

This matter comes before the Court on the joint motion for approval of settlement agreement (Doc. 58) filed by Plaintiff Joshua Hackworth and the Opt-In Plaintiffs and Defendant Harriman Utility Board. The parties' joint motion requests that the Court approve a settlement the parties have entered into, which is attached to the Motion as Exhibit 1. Based on the Court's review of the joint motion, the agreement, the Declaration of Plaintiff's counsel submitted with the Motion, and the filings in this case, the Court finds that the parties have a bona fide dispute regarding whether Defendant is liable to Plaintiffs under the Fair Labor Standards Act and, if so, the extent of Defendant's liability. In this regard, Defendant denies liability, including within the settlement agreement itself, but has entered into the settlement agreement to resolve Plaintiff's contested claims. The Court further finds that the settlement fairly and reasonably resolves the parties' dispute. Finally, the Court finds that the fees to be paid to Plaintiff's counsel and the named plaintiff award to be paid to Plaintiff Joshua Hackworth as part of the settlement are reasonable. Accordingly, the Court finds that the parties' settlement agreement should be approved.

Therefore, the Court **ORDERS** that the parties' Joint Motion for Approval of

Settlement Agreement is hereby **GRANTED** (Doc. 58) and the Court hereby approves the parties' settlement. Defendant **SHALL** make the payments required under the settlement agreement, and the parties **SHALL** thereafter file a stipulation of dismissal dismissing all of Plaintiff's claims in this action, which shall provide that except as expressly provided in the settlement agreement, the parties shall bear their own attorney's fees and discretionary costs.

SO ORDERED.

ENTER:

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**

Approved for Entry:

/s/ Mark N. Foster
Mark N. Foster
Law Office of Mark N. Foster, PLLC
P.O. Box 869
Madisonville, KY 42431
(270) 213-1303
MFoster@MarkNFoster.com
*Counsel for Plaintiff*

/s/ Brian R. Bibb
REID A. SPAULDING, BPR NO. 023363
BRIAN R. BIBB, BPR NO. 031024
WATSON, ROACH, BATSON
& LAUDERBACK, P.L.C.
P.O. Box 131
Knoxville, Tennessee 37901-0131
(865) 637-1700
*Counsel for Defendant*